AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 16, 2020**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| JUAN MOLINA SOLORZANO | ) Case No. 1:20-MJ-04232-MKD |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 16, 2020__ in the county of __Yakima__ in the __Easter__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) & (b)(1)(A) | Possession with Intent to Distribute Over 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Digitally signed by MICHAEL MINOW*
*Date: 2020.12.16 16:00:43 -08'00'*

*Complainant's signature*

Michael Minow, Special Agent, DEA
*Printed name and title*

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 12/16/2020

*Judge's signature*

City and state: Yakima, Washington    MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: BDS    COUNTY: YAKIMA

COMPLAINT AFFIDAVIT

On December 16, 2020, members of the DEA Yakima Resident Office executed a search warrant at the residence of Juan Molina SOLORZANO, which is located in Yakima County. On the property within the fenced backyard was a shed. Also in the backyard were two pitbull dogs. After the pitbulls were locked inside a kennel, agents searched inside the shed. Inside the shed was a large digital gun safe. The gun safe was approximately six feet tall and two feet wide. Agents opened the gun safe and found approximately eleven pounds (5,090 grams) of a clear crystal like substance contained within several heat sealed plastic bags and clear knotted plastic bags. The substance field tested presumptive positive for methamphetamine. Also in the gun safe, agents found approximately three pounds (1,534 grams) of blue colored counterfeit Oxycodone pills labeled with "M" and "30", suspected to be laced with fentanyl, and contained within several clear zip lock bags. I know from my training and experience that the amounts of suspected methamphetamine and suspected fentanyl pills are for distribution, not for personal use.

Also on the property, agents seized five handguns and three rifles. Most of the guns were in the gun safe with the drugs.

Inside the residence in the master bedroom, agents found a black bag. Inside the black bag was a handgun, a large amount of currency, and SOLORZANO's driver's license.

Post-Miranda, Juan Molina SOLORZANO initially stated that there were currently no drugs being stored at his residence. After agents found the methamphetamine and fentanyl laced pills in the gun safe, SOLORZANO admitted he recently received the methamphetamine and fentanyl laced pills from two separate individuals, but didn't know their names. SOLORZANO stated that he was responsible for whatever drugs were on the property, but he stated he was not responsible for any drugs seized by agents from other locations that day.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Digitally signed by MICHAEL MINOW
Date: 2020.12.16 16:02:06 -08'00'

Michael Minow
Special Agent
Drug Enforcement Administration

SWORN TO telephonically and subscribed electronically this 16th day of December, 2020.

_____
Honorable Mary K. Dimke
United States Magistrate Judge