# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

| | |
|---|---|
| USA v. JUAN MOLINA SOLORZANO | Case No. 1:20-MJ-4232-MKD-1 |

Richland Video Conference
The Defendant agreed to appear via video conference.

**Preliminary Hearing:**  12/31/2020

- ☒ Sara Gore, Courtroom Deputy [R]
- ☐ Pam Howard, Courtroom Deputy [Y]
- ☒ Erica Helms, US Probation / Pretrial Services (tele)
- ☒ Defendant present in custody, appearing by video from YCJ.
- ☒ Benjamin Seal, US Atty (video)
- ☒ Nicholas Marchi, Defense Atty (video)
- ☒ Interpreter **NOT REQUIRED**

---

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, are appearing by video or teleconference.

Defense counsel advises the Court that the defendant wants to waive his preliminary hearing due to being ill and the information received from the government.

Colloquy between Court and counsel re hearing.

**Preliminary hearing waived by Defendant.**

**The Court ordered:**

1. Based on the proffer of the government and waiver of the Defendant, the Court found probable cause to believe that the charged offense was committed and believes the defendant committed it. Defendant–on finding of probable cause–is bound over to the United States District Court for trial.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Status Conference:**
**01/15/2021 @ 1:30 p.m.**
**[R/MKD]**
**(Video Conf)**

---